1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   555 Montgomery Street, 17th Floor
3  San Francisco, CA 94111
4  Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
5
   ANTHONY E. DOWELL (*Pro Hac Vice Pending*) adowell@dowellbaker.com
6  GEOFFREY D. SMITH (*Pro Hac Vice Pending*) gsmith@dowellbaker.com
   DOWELL BAKER
7  201 Main Street, Suite 710
   Lafayette, IN 47901
8  Telephone: (765) 429-4004
   Facsimile: (765) 429-4114
9
   Attorneys for Plaintiffs
10 ARRIVALSTAR S.A., and MELVINO TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRIVALSTAR, S.A., AND MELVINO TECHNOLOGIES LIMITED,<br><br>  Plaintiffs,<br>v.<br><br>MONTEREY-SALINAS TRANSIT CORPORATION, a legislatively created transit district; and DOES 1-10,<br><br>  Defendants. | Case No.: CV12-00990 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1

1  Pursuant to Civil Local Rule 6-2 and the Court's Standing Orders, Plaintiffs ArrivalStar, S.A.
2  and Melvino Technologies Limited ("Plaintiffs") and Defendant Monterey-Salinas Transit
3  Corporation ("Defendant) hereby stipulate as follows:

4  WHEREAS, Plaintiffs filed a Complaint on February 27, 2012;

5  WHEREAS, the Complaint was served on Defendant on March 5, 2012;

6  WHEREAS, the parties have been engaged in discussions concerning resolution of this
7  matter;

8  WHEREAS, based on the pendency of those discussions, the parties agreed to extend the
9  deadline for Defendant to respond to the Complaint until June 29, 2012, pursuant to Rule 6(b) of the
10 Federal Rules of Civil Procedure and Civil Local Rule 6-1(a);

11 WHEREAS the Court has set the initial Case Management Conference in this matter for June
12 22, 2012 at 2:30 PM, with an Initial Case Management Conference Statement due on June 15, 2012;

13 WHEREAS, Plaintiffs and Defendant have continued their settlement discussions, and
14 believe that a settlement will likely be concluded within the next two weeks; and

15 WHEREAS, based on the likelihood of settlement, and in order to avoid the unnecessary
16 expense to the Court and the parties of preparing a Case Management Statement by June 15 and
17 attending the Case Management Conference on June 22, the parties believe that good cause exists to
18 continue the initial Case Management Conference in this matter until July 27, 2012, subject to the
19 convenience of the Court;

20 THEREFORE, Plaintiff and Defendant hereby stipulate and agree, subject to approval of this
21 Court, that initial Case Management Conference shall be continued until July 27, 2012, or such date
22 thereafter as selected by the Court.

23 Dated: June 8, 2012            DE LAY & LAREDO

By: _____
DAVID C. LAREDO
ATTORNEYS FOR DEFENDANT MONTEREY-SALINAS
TRANSIT CORPORATION

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO: CV12-00990 SI

Dated: June 8, 2012                      KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
MICHAEL D. LISI
ATTORNEYS FOR PLAINTIFFS ARRIVALSTAR S.A., and
MELVINO TECHNOLOGIES LIMITED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __6/13/12_____    _____/s/ Susan Illston_____
THE HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE